Matter of Rosenberg (2024 NY Slip Op 05015)

Matter of Rosenberg

2024 NY Slip Op 05015

Decided on October 10, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 10, 2024

PM-202-24
[*1]In the Matter of Erwin Rosenberg, A Disbarred Attorney. (Attorney Registration No. 2898625)

Calendar Date:August 19, 2024

Before:Garry, P.J., Egan Jr., Lynch, Aarons and Reynolds Fitzgerald, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Michael K. Creaser of counsel), for Attorney Grievance Committee for the Third Judicial Department.
Erwin Rosenberg, Aventura, Florida, respondent pro se.

Motion for leave to file a motion to vacate this Court's February 10, 2022 order of disbarment (202 AD3d 1271 [2022], appeal dismissed 39 NY3d 1177 [2023]) pursuant to this Court's November 2, 2023 order enjoining respondent from certain motion practice without prior leave of this Court (221 AD3d 1131, 1134-1135 [3d Dept 2023]).
Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is
ORDERED that the motion is denied.
Garry, P.J., Egan Jr., Lynch, Aarons and Reynolds Fitzgerald, JJ., concur.